■ McMAHAN & COMPANY et al., Appellants, v SAUL BASS et al., Respondents, et al., Defendants. [680 NYS2d 238] —Order, Supreme Court, New York County (Charles Ramos, J.), entered October 17, 1997, which, to the extent appealed from as limited by plaintiffs' brief, denied plaintiffs' motion to dismiss defendants-respondents' first counterclaim as barred by the doctrine of res judicata, unanimously affirmed, with costs.

Given that an overarching concern in applying the doctrine of res judicata is for fairness (*see, Matter of Hodes v Axelrod*, 70 NY2d 364, 374), we find that the issues posed by the instant litigation, as limited by the prior decision of this Court (*see, McMahan & Co. v Bass*, 250 AD2d 460) and by those portions of the instant order not challenged on appeal, and the issues presented in the relevant prior Federal litigation (*see, Toto v McMahan, Brafman, Morgan & Co.*, 1995 US Dist LEXIS 1399 [SD NY, Feb. 7, 1995, Keenan, J.]), are not so closely related in time, space, motivation, or origin, that treating them as a unit would have been convenient for trial and would have conformed to the parties' expectations (*cf., Schwartzreich v E.P. C. Carting Co.*, 246 AD2d 439). The Federal action concerned fraudulent inducement to enter into the limited partnership and subsequent repurchase contracts, whereas this action is now focused on the alleged breach of a duty to make a single payment under the second contract (*see, Finkelstein v Ilan*, 239 AD2d 545, 546). Concur—Sullivan, J. P., Nardelli, Williams and Mazzarelli, JJ.